ANDREWS, Appellant, v. ALLEN, Respondent. (Supreme Court, Appellate Division, Third Department. March 23, 1911.) Action by Henrietta Andrews against George W. Allen, as administrator, etc., of John W. Allen, deceased.

PER CURIAM. Motion granted, unless within 10 days the appellant pays $10 costs of

this motion and $10 costs of opening default, and within 20 days serves proposed case on respondent's attorney, in which case motion is denied.